# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-12396-CMA |
| | § | |
| VINSON BROTHERS CORPORATION | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

James Rigby, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $76,168.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $409,851.19 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $147,495.48 | | |

3)      Total gross receipts of $557,346.67 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $557,346.67 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,119,748.19 | $707,954.02 | $397,351.19 | $397,351.19 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $161,816.48 | $161,816.48 | $147,495.48 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $452,496.33 | $120,290.66 | $113,911.22 | $12,500.00 |
| General Unsecured Claims (from **Exhibit 7**) | $331,781.27 | $838,598.84 | $818,269.86 | $0.00 |
| **Total Disbursements** | $1,904,025.79 | $1,828,660.00 | $1,491,348.75 | $557,346.67 |

4). This case was originally filed under chapter 7 on 03/18/2013. The case was pending for 49 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>04/04/2017</u>       By: <u>/s/ James Rigby</u>
                                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Real Property | 1110-000 | $500,000.00 |
| Accounts Receivable | 1121-000 | $3,386.37 |
| Automobiles, trucks, trailers, etc. | 1129-000 | $34,645.00 |
| Cash on Hand | 1129-000 | $1,317.19 |
| Office Equipment | 1129-000 | $1,950.00 |
| Other liquidated debts | 1129-000 | $14,932.72 |
| Checking, Savings, Etc. | 1229-000 | $70.08 |
| Other personal property | 1229-000 | $223.89 |
| Other contingent/unliquidated claims | 1249-000 | $211.75 |
| Other contingent/unliquidated claims | 1249-000 | $280.62 |
| Other Litigation/Settlements | 1249-000 | $329.05 |
| **TOTAL GROSS RECEIPTS** | | **$557,346.67** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1SEC1 | King County Treasury Operations | 4300-070 | $5,792.53 | $234.50 | $0.00 | $0.00 |
| 1SEC2 | King County Treasury Operations | 4300-070 | $0.00 | $270.27 | $0.00 | $0.00 |
| 3SEC | Fortune Bank | 4110-000 | $973,619.65 | $383,794.92 | $383,794.92 | $383,794.92 |
| 7SEC | Internal Revenue Service | 4300-000 | $0.00 | $323,654.33 | $13,556.27 | $13,556.27 |
| | Fortune Bank | 4110-000 | $21,863.93 | $0.00 | $0.00 | $0.00 |
| | Fortune Bank | 4110-000 | $6,950.11 | $0.00 | $0.00 | $0.00 |
| | Fortune Bank | 4110-000 | $6,451.93 | $0.00 | $0.00 | $0.00 |
| | Fortune Bank | 4120-000 | $30,853.40 | $0.00 | $0.00 | $0.00 |
| | Glacier Northwest Inc. | 4120-000 | $8,210.84 | $0.00 | $0.00 | $0.00 |
| | Pacific Topsoils Inc. | 4120-000 | $21,154.54 | $0.00 | $0.00 | $0.00 |
| | Pawnee Leasing Corporation | 4210-000 | $16,461.25 | $0.00 | $0.00 | $0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pawnee Leasing Corporation | 4210-000 | $4,241.65 | $0.00 | $0.00 | $0.00 |
| Renn Recovery Services LLC | 4220-000 | $3,326.84 | $0.00 | $0.00 | $0.00 |
| Seattle Transmission | 4220-000 | $1,807.45 | $0.00 | $0.00 | $0.00 |
| Southeast Effective Development | 4120-000 | $19,014.07 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | $1,119,748.19 | $707,954.02 | $397,351.19 | $397,351.19 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| James Rigby, Trustee | 2100-000 | NA | $31,117.33 | $31,117.33 | $16,796.33 |
| James Rigby, Trustee | 2200-000 | NA | $195.86 | $195.86 | $195.86 |
| International Sureties, Ltd. | 2300-000 | NA | $102.88 | $102.88 | $102.88 |
| Bank of America | 2420-000 | NA | $3,610.98 | $3,610.98 | $3,610.98 |
| Misc. Closing Costs | 2500-000 | NA | $2,498.60 | $2,498.60 | $2,498.60 |
| Utilities Holdback | 2500-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| Bank of Texas | 2600-000 | NA | $3,515.97 | $3,515.97 | $3,515.97 |
| U.S. Bankruptcy Court Clerk | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Excise Tax | 2820-000 | NA | $56,706.48 | $56,706.48 | $56,706.48 |
| Bank Fee for Cashier's check | 2990-000 | NA | $10.00 | $10.00 | $10.00 |
| Fees, Attorney for Trustee | 3210-000 | NA | $4,070.00 | $4,070.00 | $4,070.00 |
| Wood & Jones P.S., Attorney for Trustee | 3210-000 | NA | $14,994.50 | $14,994.50 | $14,994.50 |
| Expenses, Attorney for Trustee | 3220-000 | NA | $3.67 | $3.67 | $3.67 |
| Wood & Jones P.S., Attorney for Trustee | 3220-000 | NA | $857.97 | $857.97 | $857.97 |
| Richard N. Ginnis, Accountant for Trustee | 3410-000 | NA | $1,925.00 | $1,925.00 | $1,925.00 |
| Richard N. Ginnis, Accountant for Trustee | 3420-000 | NA | $40.80 | $40.80 | $40.80 |
| Real Estate Commissions, Realtor for Trustee | 3510-000 | NA | $30,000.00 | $30,000.00 | $30,000.00 |
| Auctioneer Fee, Auctioneer for Trustee | 3610-000 | NA | $3,659.50 | $3,659.50 | $3,659.50 |
| Auctioneer Costs, | 3620-000 | NA | $6,156.94 | $6,156.94 | $6,156.94 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Auctioneer for Trustee | | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $161,816.48 | $161,816.48 | $147,495.48 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | WA State Department of Labor and Industries | 5800-000 | $4,953.03 | $6,379.44 | $6,379.44 | $700.04 |
| 7PRI | Internal Revenue Service | 5800-000 | $340,308.89 | $16,174.00 | $16,174.00 | $1,774.85 |
| 10PRI | WA Department of Revenue | 5800-000 | $65,920.12 | $58,580.76 | $58,580.76 | $6,428.34 |
| 11PRI | Washington State Employment Security Department | 5800-000 | $34,597.51 | $31,385.67 | $31,385.67 | $3,444.09 |
| 14 | City of Seattle | 5800-000 | $2,779.42 | $1,391.35 | $1,391.35 | $152.68 |
| 17 | WA State Department of Labor &#038; Industries | 5800-000 | $0.00 | $6,379.44 | $0.00 | $0.00 |
| | Jamie Saeteurn | 5300-000 | $1,572.54 | $0.00 | $0.00 | $0.00 |
| | Pablo E. Aguirre | 5300-000 | $2,118.04 | $0.00 | $0.00 | $0.00 |
| | Dept of Labor & Industries | 5800-000 | $67.50 | $0.00 | $0.00 | $0.00 |
| | King County Finance | 5800-000 | $179.28 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $452,496.33 | $120,290.66 | $113,911.22 | $12,500.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Pitney Bowes Global Financial Services LLC | 7100-000 | $561.31 | $1,128.01 | $1,128.01 | $0.00 |
| 3UNS | Fortune Bank | 7100-000 | $0.00 | $488,515.76 | $488,515.76 | $0.00 |
| 5 | Southeast Effective Development | 7100-000 | $0.00 | $20,133.03 | $20,133.03 | $0.00 |
| 6 | Joe Vinson | 7100-000 | $15,000.00 | $15,000.00 | $15,000.00 | $0.00 |
| 7UNS | Internal Revenue | 7100-000 | $0.00 | $2,321.92 | $2,321.92 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|   | Service | | | | | |
|---|---|---|---|---|---|---|
| 8 | Pitney Bowes Inc | 7100-000 | $3,907.46 | $3,907.46 | $3,907.46 | $0.00 |
| 9 | Lease Corporation of America | 7100-000 | $0.00 | $6,788.52 | $6,788.52 | $0.00 |
| 10UNS | WA Department of Revenue | 7300-000 | $0.00 | $14,962.92 | $14,962.92 | $0.00 |
| 11UNS | Washington State Employment Security Department | 7300-000 | $0.00 | $4,568.70 | $4,568.70 | $0.00 |
| 12 | US Bank N.A. | 7100-000 | $0.00 | $20,328.98 | $0.00 | $0.00 |
| 13 | Pacific Topsoils Inc | 7100-000 | $0.00 | $14,798.73 | $14,798.73 | $0.00 |
| 14UNS | City of Seattle | 7300-000 | $0.00 | $340.78 | $340.78 | $0.00 |
| 15 | US Bank N.A. | 7100-000 | $13,530.70 | $13,174.70 | $13,174.70 | $0.00 |
| 16 | National Construction Rental | 7100-000 | $0.00 | $141.92 | $141.92 | $0.00 |
| 18 | US Bank N.A. | 7100-000 | $19,829.52 | $20,211.23 | $20,211.23 | $0.00 |
| 19 | US Bank N.A. | 7100-000 | $7,801.11 | $7,778.61 | $7,778.61 | $0.00 |
| 20 | US Bank N.A. | 7100-000 | $0.00 | $94.69 | $94.69 | $0.00 |
| 21 | US Bank N.A. | 7100-000 | $0.00 | $45.00 | $45.00 | $0.00 |
| 22 | Bryant Tractor | 7100-000 | $6,596.64 | $6,612.87 | $6,612.87 | $0.00 |
| 23 | Pawnee Leasing Corporation | 7100-000 | $0.00 | $26,472.62 | $26,472.62 | $0.00 |
| 24 | Pawnee Leasing Corporation | 7100-000 | $0.00 | $10,298.01 | $10,298.01 | $0.00 |
| 25 | Fang-Chi Yeh | 7100-000 | $3,000.00 | $3,000.00 | $3,000.00 | $0.00 |
| 26 | Simburg, Ketter, Sheppard & Purdy LLP | 7100-000 | $68,143.41 | $62,053.51 | $62,053.51 | $0.00 |
| 27 | Earl and Gwendolyn Vinson | 7100-000 | $64,937.98 | $80,000.00 | $80,000.00 | $0.00 |
| 28 | Petrocard Systems Inc | 7200-000 | $19,066.65 | $15,920.87 | $15,920.87 | $0.00 |
|   | Accessline Communications | 7100-000 | $14.57 | $0.00 | $0.00 | $0.00 |
|   | Allied Group Insurance | 7100-000 | $12,570.21 | $0.00 | $0.00 | $0.00 |
|   | Art of Trees | 7100-000 | $1,100.00 | $0.00 | $0.00 | $0.00 |
|   | Bank of America N.A. | 7100-000 | $231.52 | $0.00 | $0.00 | $0.00 |
|   | Buffalo Skull | 7100-000 | $4,500.00 | $0.00 | $0.00 | $0.00 |
|   | C-Beyond Communications | 7100-000 | $1,695.31 | $0.00 | $0.00 | $0.00 |
|   | City of Seattle | 7100-000 | $1,511.06 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| City of Tacoma | 7100-000 | $90.00 | $0.00 | $0.00 | $0.00 |
| Comcast | 7100-000 | $124.73 | $0.00 | $0.00 | $0.00 |
| Donald Vinson | 7100-000 | $27,049.00 | $0.00 | $0.00 | $0.00 |
| Gwendolyn Vinson | 7100-000 | $15,343.00 | $0.00 | $0.00 | $0.00 |
| Lawrence Vinson | 7100-000 | $4,158.87 | $0.00 | $0.00 | $0.00 |
| LCA Bank Corporation | 7100-000 | $110.40 | $0.00 | $0.00 | $0.00 |
| Progressive Insurance | 7100-000 | $1,075.40 | $0.00 | $0.00 | $0.00 |
| Protection One | 7100-000 | $155.91 | $0.00 | $0.00 | $0.00 |
| Safe Harbor Financial LLC | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| Seattle City Light | 7100-000 | $1,928.20 | $0.00 | $0.00 | $0.00 |
| Shell Oil Co. | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| Sprint | 7100-000 | $1,455.36 | $0.00 | $0.00 | $0.00 |
| Statewide Rent-A-Fence | 7100-000 | $18.36 | $0.00 | $0.00 | $0.00 |
| Travelers Indemnity Co. | 7100-000 | $6,712.99 | $0.00 | $0.00 | $0.00 |
| Ullico Casualty Co. | 7100-000 | $550.00 | $0.00 | $0.00 | $0.00 |
| Ullico Casualty Co. | 7100-000 | $6,000.00 | $0.00 | $0.00 | $0.00 |
| Waste Management of Seattle | 7100-000 | $532.55 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Bank N.A. | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| Xerox Corporation | 7100-000 | $18,279.05 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $331,781.27 | $838,598.84 | $818,269.86 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 13-12396 | Trustee Name: | James Rigby |
|---|---|---|---|
| Case Name: | Vinson Brothers Corporation | Date Filed (f) or Converted (c): | 03/18/2013 (f) |
| For the Period Ending: | 4/4/2017 | §341(a) Meeting Date: | 04/18/2013 |
| | | Claims Bar Date: | 08/22/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real Property | $973,619.65 | $0.00 | | $500,000.00 | FA |
| 2 | Cash on Hand | $1,317.19 | $1,317.19 | | $1,317.19 | FA |
| 3 | Accounts Receivable | $91,750.74 | $10,000.00 | | $3,386.37 | FA |
| 4 | Other liquidated debts | $21,211.43 | $21,211.43 | | $14,932.72 | FA |
| Asset Notes: | Neighborcare Healthcare settlement | | | | | |
| 5 | Automobiles, trucks, trailers, etc. | $8,700.00 | $8,700.00 | | $34,645.00 | FA |
| Asset Notes: | Various Trailers (auctioned - includes Assets No. 6, 8, 9 and 10)  One flatbed trailer was abandoned per 6/19/15 Order | | | | | |
| 6 | Automobiles, trucks, trailers, etc. | $34,307.00 | $34,307.00 | | $0.00 | FA |
| Asset Notes: | Various Vehicles (included in auction on Asset #5) The 1979 dump truck was abandoned per 6/19/15 Order | | | | | |
| 7 | Office Equipment | $26,131.00 | $26,131.00 | | $1,950.00 | FA |
| 8 | Machinery, Fixtures, Equipment | $26,950.00 | $26,950.00 | | $0.00 | FA |
| Asset Notes: | Mowers (included in auction on Asset #5) | | | | | |
| 9 | Machinery, Fixtures, Equipment | $12,243.00 | $12,243.00 | | $0.00 | FA |
| Asset Notes: | Tools/Equipment (included in auction at Asset #5) | | | | | |
| 10 | Inventory | $2,668.00 | $2,668.00 | | $0.00 | FA |
| Asset Notes: | Included in auction at Asset #5 | | | | | |
| 11 | Checking, Savings, Etc. (u) | $0.00 | $70.08 | | $70.08 | FA |
| Asset Notes: | Key Bank account balance | | | | | |
| 12 | Other personal property (u) | $0.00 | $223.89 | | $223.89 | FA |
| Asset Notes: | Refund from WA Teamsters Welfare Trust | | | | | |
| 13 | Other contingent/unliquidated claims (u) | $0.00 | $280.62 | | $280.62 | FA |
| Asset Notes: | Class action settlement - A1 Builders v. Master Builders | | | | | |
| 14 | Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Uncollectible A/R from Vinson Brothers International valued at $427,400.00 | | | | | |
| 15 | Other contingent/unliquidated claims (u) | $0.00 | $211.75 | | $211.75 | FA |
| Asset Notes: | Building Industry Association of WA lawsuit settlements re: R.O.I.I. program | | | | | |
| 16 | Other Litigation/Settlements (u) | $0.00 | $329.05 | | $329.05 | FA |
| Asset Notes: | Hesse/Olson v. Sprint Spectrum LP Settlement | | | | | |
| 17 | Other Litigation/Settlements (u) | $0.00 | $80,000.00 | | $0.00 | FA |
| Asset Notes: | Complaint against Donald and Jane Doe Vinson, Adversary No. 15-01075 | | | | | |

| **Case No.:** | 13-12396 | **Trustee Name:** | James Rigby |
| **Case Name:** | Vinson Brothers Corporation | **Date Filed (f) or Converted (c):** | 03/18/2013 (f) |
| **For the Period Ending:** | 4/4/2017 | **§341(a) Meeting Date:** | 04/18/2013 |
| | | **Claims Bar Date:** | 08/22/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | $1,198,898.01 | $224,643.01 | | $557,346.67 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
11/02/2016    Ready to close.

**Initial Projected Date Of Final Report (TFR):**    12/01/2014    **Current Projected Date Of Final Report (TFR):**    12/01/2017    /s/ JAMES RIGBY

                                                                                                                                    JAMES RIGBY

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 13-12396 | **Trustee Name:** | James Rigby | |
| **Case Name:** | Vinson Brothers Corporation | **Bank Name:** | Bank of Texas | |
| **Primary Taxpayer ID #:** | **-***5650 | **Checking Acct #:** | ******0615 | |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking | |
| **For Period Beginning:** | 3/18/2013 | **Blanket bond (per case limit):** | $0.00 | |
| **For Period Ending:** | 4/4/2017 | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| 04/22/2013 | | Vinson Brothers | Cash on hand | | * | $1,307.19 | | $1,307.19 |
| | {2} | | | $1,317.19 | 1129-000 | | | $1,307.19 |
| | | | Bank Fee for Cashier's check | $(10.00) | 2990-000 | | | $1,307.19 |
| 04/22/2013 | (3) | Rose & Associates LLC | Account Receivable | | 1121-000 | $514.43 | | $1,821.62 |
| 04/22/2013 | (3) | Empire Way Shopping Center LLC | Account Receivable | | 1121-000 | $1,652.68 | | $3,474.30 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $1.08 | $3,473.22 |
| 05/07/2013 | (3) | Rose & Associates LLC | Account Receivable | | 1121-000 | $457.26 | | $3,930.48 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $6.14 | $3,924.34 |
| 06/04/2013 | (11) | Key Bank | Balance of bank account | | 1229-000 | $70.08 | | $3,994.42 |
| 06/25/2013 | (12) | Washington Teamsters Welfare Trust | Refund | | 1229-000 | $223.89 | | $4,218.31 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $6.25 | $4,212.06 |
| 07/09/2013 | | James. G. Murphy Company | Auction proceeds | | * | $23,150.05 | | $27,362.11 |
| | {5} | | Gross Auction Proceeds | $32,545.00 | 1129-000 | | | $27,362.11 |
| | | | Auctioneer Fee | $(3,254.50) | 3610-000 | | | $27,362.11 |
| | | | Auctioneer Costs | $(6,140.45) | 3620-000 | | | $27,362.11 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $31.92 | $27,330.19 |
| 08/06/2013 | | James G. Murphy Co. | Auction proceeds | | * | $1,755.00 | | $29,085.19 |
| | {7} | | Gross Auction Proceeds | $1,950.00 | 1129-000 | | | $29,085.19 |
| | | | Auctioneer Fee | $(195.00) | 3610-000 | | | $29,085.19 |
| 08/12/2013 | | James G. Murphy Company | Auction Proceeds | | * | $1,333.51 | | $30,418.70 |
| | {5} | | Gross Auction Proceeds | $1,500.00 | 1129-000 | | | $30,418.70 |
| | | | Auctioneer Fee | $(150.00) | 3610-000 | | | $30,418.70 |
| | | | Auctioneer Costs | $(16.49) | 3620-000 | | | $30,418.70 |
| 08/27/2013 | (3) | Seattle Mariners | Account Receivable | | 1121-000 | $762.00 | | $31,180.70 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $47.58 | $31,133.12 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $48.60 | $31,084.52 |
| 10/28/2013 | (13) | A1 Builders v. Master Builders Association | Settlement of class action | | 1249-000 | $280.62 | | $31,365.14 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $50.18 | $31,314.96 |
| 11/04/2013 | 3001 | City of Seattle | Admin Utilities per 11/1/13 Order | | 2420-000 | | $417.62 | $30,897.34 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-12396 | | | Trustee Name: | James Rigby |
|---|---|---|---|---|---|
| Case Name: | Vinson Brothers Corporation | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5650 | | | Checking Acct #: | ******0615 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 3/18/2013 | | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 4/4/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/13/2013 | 3002 | Bank of America | Reimbursement of payment of admin. utilities per 11/1/13 order | 2420-000 | | $1,787.10 | $29,110.24 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $47.39 | $29,062.85 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $46.89 | $29,015.96 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $46.82 | $28,969.14 |
| 02/12/2014 | 3003 | Bank of America | Reimbursement of payment of admin. utilities per 11/1/13 order | 2420-000 | | $356.03 | $28,613.11 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $42.01 | $28,571.10 |
| 03/10/2014 | (4) | Simberg Ketter Sheppard and Purdy Trust Acct | Settlement Proceeds | 1129-000 | $14,932.72 | | $43,503.82 |
| 03/11/2014 | 3004 | International Sureties, Ltd. | Bond #016027975 | 2300-000 | | $38.30 | $43,465.52 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $61.50 | $43,404.02 |
| 04/01/2014 | 3005 | Simburg Ketter Sheppard & Purdy LLC | Special counsel fees and costs per 4/1/14 Order | * | | $4,073.67 | $39,330.35 |
| | | | Fees                $(4,070.00) | 3210-000 | | | $39,330.35 |
| | | | Expenses                $(3.67) | 3220-000 | | | $39,330.35 |
| 04/07/2014 | 3006 | City of Seattle | Admin Utilities per 11/1/13 Order, Acct #1-369741-241683 | 2420-000 | | $642.95 | $38,687.40 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $61.14 | $38,626.26 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $62.33 | $38,563.93 |
| 06/04/2014 | 3007 | City of Seattle | Admin Utilities per 11/1/13 Order, Acct #1-369741-241683 | 2420-000 | | $407.28 | $38,156.65 |
| 06/16/2014 | | Law Offices of Wanda Reif Nuxoll, P.S. | Sale of Real Property | * | $25,000.00 | | $63,156.65 |
| | {1} | | Gross Sale Price                $500,000.00 | 1110-000 | | | $63,156.65 |
| | | | Secured Creditor                $(383,794.92) | 4110-000 | | | $63,156.65 |
| | | | Real Estate Commissions                $(30,000.00) | 3510-000 | | | $63,156.65 |
| | | | Misc. Closing Costs                $(2,498.60) | 2500-000 | | | $63,156.65 |
| | | | Property Taxes                $(47,801.48) | 2820-000 | | | $63,156.65 |
| | | | Excise Tax                $(8,905.00) | 2820-000 | | | $63,156.65 |
| | | | Utilities Holdback                $(2,000.00) | 2500-000 | | | $63,156.65 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-12396 | | | Trustee Name: | James Rigby |
|---|---|---|---|---|---|
| Case Name: | Vinson Brothers Corporation | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5650 | | | Checking Acct #: | ******0615 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 3/18/2013 | | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 4/4/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/16/2014 | | James G. Murphy Company | Sale of flatbed - 2004 Eagle | * | $540.00 | | $63,696.65 |
| | {5} | | Gross Sale Price $600.00 | 1129-000 | | | $63,696.65 |
| | | | Auctioneer's Fee $(60.00) | 3610-000 | | | $63,696.65 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $76.84 | $63,619.81 |
| 07/10/2014 | (15) | Building Industry Association of Washington | Settlement proceeds | 1249-000 | $30.95 | | $63,650.76 |
| 07/10/2014 | (15) | Building Industry Association of Washington | Settlement proceeds | 1249-000 | $180.80 | | $63,831.56 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $102.85 | $63,728.71 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $102.83 | $63,625.88 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $99.36 | $63,526.52 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $102.51 | $63,424.01 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $99.04 | $63,324.97 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $102.18 | $63,222.79 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $102.02 | $63,120.77 |
| 02/09/2015 | (16) | Hesse/Olson v. Sprint Spectrum LP Settlement | Settlement Proceeds | 1249-000 | $329.05 | | $63,449.82 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $92.28 | $63,357.54 |
| 03/18/2015 | 3008 | International Sureties, Ltd. | Bond Payment, #016027975 | 2300-000 | | $39.59 | $63,317.95 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $102.23 | $63,215.72 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $98.72 | $63,117.00 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $101.85 | $63,015.15 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $98.40 | $62,916.75 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $101.52 | $62,815.23 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $101.36 | $62,713.87 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $97.93 | $62,615.94 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $101.04 | $62,514.90 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $97.62 | $62,417.28 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $100.72 | $62,316.56 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $100.28 | $62,216.28 |

| Case No. | 13-12396 | | | Trustee Name: | James Rigby |
|---|---|---|---|---|---|
| Case Name: | Vinson Brothers Corporation | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5650 | | | Checking Acct #: | ******0615 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 3/18/2013 | | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 4/4/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $93.66 | $62,122.62 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $99.97 | $62,022.65 |
| 04/04/2016 | 3009 | International Sureties, Ltd. | Bond Payment - Bond No. 016027975 | 2300-000 | | $24.99 | $61,997.66 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $96.56 | $61,901.10 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $99.61 | $61,801.49 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $96.24 | $61,705.25 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $99.30 | $61,605.95 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $99.14 | $61,506.81 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $95.78 | $61,411.03 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $98.82 | $61,312.21 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $95.48 | $61,216.73 |
| 03/01/2017 | 3010 | Richard N. Ginnis | Accountant's Expenses per 2/28/17 Order | 3420-000 | | $40.80 | $61,175.93 |
| 03/01/2017 | 3011 | Richard N. Ginnis | Accountant's Fee per 2/28/17 Order | 3410-000 | | $1,925.00 | $59,250.93 |
| 03/01/2017 | 3012 | Wood & Jones P.S. | Attorney's Expenses per 2/28/17 Order | 3220-000 | | $857.97 | $58,392.96 |
| 03/01/2017 | 3013 | Wood & Jones P.S. | Attorney's Fees per 2/28/17 Order | 3210-000 | | $14,994.50 | $43,398.46 |
| 03/01/2017 | 3014 | U.S. Bankruptcy Court Clerk | Court Costs per 2/28/17 Order | 2700-000 | | $350.00 | $43,048.46 |
| 03/01/2017 | 3015 | James Rigby | Trustee Compensation per 2/28/17 Order | 2100-000 | | $16,796.33 | $26,252.13 |
| 03/01/2017 | 3016 | James Rigby | Trustee Expenses per 2/28/17 Order | 2200-000 | | $195.86 | $26,056.27 |
| 03/01/2017 | 3017 | Internal Revenue Service | Secured Creditor per 2/28/17 Order | 4300-000 | | $13,556.27 | $12,500.00 |
| 03/01/2017 | 3018 | WA State Department of Labor and Industries | Priority Creditor per 2/28/17 Order | 5800-000 | | $700.04 | $11,799.96 |
| 03/01/2017 | 3019 | Internal Revenue Service | Priority Creditor per 2/28/17 Order | 5800-000 | | $1,774.85 | $10,025.11 |
| 03/01/2017 | 3020 | WA Department of Revenue | Priority Creditor per 2/28/17 Order | 5800-000 | | $6,428.34 | $3,596.77 |
| 03/01/2017 | 3021 | Washington State Employment Security Department | Priority Creditor per 2/28/17 Order | 5800-000 | | $3,444.09 | $152.68 |
| 03/01/2017 | 3022 | City of Seattle | Priority Creditor per 2/28/17 Order | 5800-000 | | $152.68 | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5  Exhibit 9

| | |  | |
|---|---|---|---|
| **Case No.** | 13-12396 | **Trustee Name:** | James Rigby |
| **Case Name:** | Vinson Brothers Corporation | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***5650 | **Checking Acct #:** | ******0615 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking |
| **For Period Beginning:** | 3/18/2013 | **Blanket bond (per case limit):** | $0.00 |
| **For Period Ending:** | 4/4/2017 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | |
|---|---|---|---|---|
| | | **TOTALS:** | $72,520.23 | $72,520.23 | $0.00 |
| | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | **Subtotal** | $72,520.23 | $72,520.23 | |
| | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | **Net** | $72,520.23 | $72,520.23 | |

**For the period of 3/18/2013 to 4/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $557,346.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $557,346.67 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $557,346.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $557,346.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/22/2013 to 4/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $557,346.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $557,346.67 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $557,346.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $557,346.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 13-12396 | **Trustee Name:** | James Rigby |
| **Case Name:** | Vinson Brothers Corporation | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***5650 | **Checking Acct #:** | ******0615 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking |
| **For Period Beginning:** | 3/18/2013 | **Blanket bond (per case limit):** | $0.00 |
| **For Period Ending:** | 4/4/2017 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $72,520.23 | $72,520.23 | $0.00 |

**For the period of 3/18/2013 to 4/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $557,346.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $557,346.67 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $557,346.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $557,346.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/18/2013 to 4/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $557,346.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $557,346.67 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $557,346.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $557,346.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JAMES RIGBY

JAMES RIGBY