VINSON BROTHERS CORPORATION

FILED
2018 MAR -2 AM 10: 17
M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____DEP CLK

March 1, 2018

Honorable Christopher M. Alston
U.S. Bankruptcy Court
Chambers 7216
700 Stewart Street
Seattle, Washington 98101

     **RE: VINSON BROTHERS CORPORATION, Debtor**
     **Case No. 13-12396-CMA**
     **Request for Trustee to Return Debtor's Records to Earl Vinson, Chairman of the Board, Vinson Brothers Corporation**

Dear Honorable Christopher M. Alston:

In response to the attached Notice of Hearing on Trustee's Motion for Order Authorizing Trustee's Counsel to Destroy Debtor's Records, I respectfully request that the Debtor's records not be destroyed and returned to me, Chairman of the Board, Vinson Brothers Corporation, for use in future research and entrepreneurial endeavors.

Respectfully yours,

*[signature]*

Earl Vinson
Chairman of the Board

Attachment

CC: Denice E. Moewes, WSBA#19464, Attorney for Chapter 7 Trustee, James Rigby